UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 09-196 (KSH) |
| v. | : Hon. Katharine S. Hayden |
| JALILE BURNS | : <u>Order Correcting Indictment</u> |

An Indictment having been filed with this Court against the defendant on or about March 20, 2009; and that Indictment having misspelled defendant's first name as "Jahile" instead of the correct spelling of "Jalile"; the Government respectfully requests the Court enter this Order amending the Indictment so that defendant's name appears as "Jalile Burns" in this matter; and defendant consenting to the entry of such Order.

IT IS on this 21st day of September, 2009,

ORDERED that the Indictment shall be amended to name "Jalile Burns" as the defendant and that the record in this matter should reflect the defendant as "Jalile Burns" for any and all purposes.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge